| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

**Davis Polk**

Dana M. Seshens

Davis Polk & Wardwell LLP  212 450 4855 tel
450 Lexington Avenue  212 701 5855 fax
New York, NY 10017  dana.seshens@davispolk.com

July 6, 2016

Re: *Comcast Corp., et al. v. Rovi Corp., et al.*, Civil Action No. 1:16-cv-03852-JPO

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Oetken:

We represent Plaintiffs in the above-referenced matter and write with respect to the July 12, 2016 hearing on Plaintiffs' preliminary injunction motion.  *See* ECF. Nos. 19, 25.  Counsel for Plaintiffs have conferred with counsel for Defendants by email, and neither side plans to present or seek live testimony at the upcoming hearing.  As a result, neither side currently plans to bring witnesses to the July 12, 2016 hearing.

Notwithstanding the parties' current plans with respect to witnesses, if the Court would like to hear from some or all of Plaintiffs' declarants, Plaintiffs certainly will make them available at the hearing.  If that is the case, Plaintiffs respectfully request that the Court, if possible, apprise the parties as soon as practicable so that the necessary arrangements can be made.

The parties stand ready to provide the Court with any additional information that might assist the Court in responding to this request.

Respectfully submitted,

*Dana M. Seshens*

Dana M. Seshens

Via Electronic Filing